UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN KENNEDY,　　　　　　　　　　　　No. 08-12504

　　　　　Plaintiff,　　　　　　　　　　　　District Judge Anna Diggs Taylor

v.　　　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

FIRST NLC SERVICES, LLC,
ET.AL.,

　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　/

**ORDER GRANTING MOTION TO AMEND COMPLAINT**

　　　Before the Court is Plaintiff's motion to amend complaint [Docket #6], in which he seeks to add Deutsche Bank National Trust Co. as a Defendant. This motion was submitted before any responsive pleadings were filed. Under Fed.R.Civ.P. 15(a), a plaintiff may amend his or her complaint once as of right before any responsive pleading is filed. Therefore, Plaintiff need not seek leave of the Court to file his amended complaint.

　　　However, since Plaintiff is proceeding *pro se*, the Court will, in the interest of clarity and expediency, grant the motion and permit the Plaintiff to file, within 14 days of the date of this Order, an amended complaint adding Deutsche Bank as a Defendant. Plaintiff is advised that under Rule 8(a) of the Federal Rules of Civil Procedure, he must set forth (a) a short and plain statement of the grounds under which this Court has jurisdiction, (b) a short and plain statement of the claim showing that he is entitled to relief, and (c) a demand for judgment for the relief he seeks.

　　　Accordingly, the motion to amend [Docket #6] is GRANTED.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  February 25, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 25, 2009.

S/G. Wilson
Judicial Assistant